UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| ROBERT LAFFOON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:13-cv-38 |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF RULE 68 OFFER OF JUDGMENT

Defendant Portfolio Recovery Associates, LLC, through counsel, hereby submits the attached Rule 68 Offer of Judgment in this action for the Court's records.

Respectfully submitted,

/s/ Rebekah G. Ballard
Rebekah G. Ballard
FROST BROWN TODD LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
(859) 244-7591 (direct)
(859) 231-0011 (facsimile)
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 9, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will provide notice to all counsel of record.

/s/ Rebekah G. Ballard
COUNSEL FOR DEFENDANT

LEXLibrary LR12625.0608017   573102v1